Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant MICHAEL A. ANDRADE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br><br>MICHAEL ANTHONY ANDRADE &<br>JAVIER SOLIS,<br><br>   Defendants. | Case No.: 1:13-CR-00430 AWI-BAM<br><br>**AMENDED STIPULATION TO CONTINUE MOTION FILING DATES AND TC/MOTIONS IN LIMINE HEARING; ORDER** |

  IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the motion filing dates and Trial Confirmation/Motions In Limine Hearing be continued as follows:

  Motions In Limine due – November 7, 2014

  Opposition due – December 1, 2014

  Reply due – December 8, 2014

///

///

///

1

Trial Confirmation and Motion In Limine move to January 5, 2015

Jury Trial of February 3, 2015 shall remain the same

IT IS SO STIPULATED.

        BENJAMIN B. WAGNER
        United States Attorney's Office

DATED: October 2, 2014      /s/ Michael S. Frye
        MICHAEL S. FRYE
        Assistant United States Attorney

DATED: October 2, 2014      /s/Richard A. Beshwate, Jr.
        RICHARD BESHWATE, JR.
        Attorney for JAVIER SOLIS

DATED: October 2, 2014      /s/Mark A. Broughton
        MARK A. BROUGHTON
        Attorney for MICHAEL A. ANDRADE

## ORDER

Pursuant to the stipulation of the parties; motions in limine shall be filed by November 7, 2014, any oppositions shall be filed by December 1, 2014, any replies shall be filed by December 8, 2014, the Trial Confirmation and Motions In Limine Hearing is continued to January 5, 2015 at 10:00 a.m., and the Jury Trial of February 3, 2015 shall remain on calendar as previously set.

IT IS SO ORDERED.

Dated: October 3, 2014      _____
        SENIOR DISTRICT JUDGE