BENJAMIN B. WAGNER
United States Attorney
MICHAEL FRYE
MICHAEL FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00430-AWI-BAM |
|---|---|
| Plaintiff, | SECOND JOINT REQUEST AND ORDER TO AMEND PRETRIAL ORDER |
| v. | |
| MICHAEL ANTHONY ANDRADE AND JAVIER SOLIS, | |
| Defendants. | |

**JOINT REQUEST**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Michael Frye and Mia A. Giacomazzi, defendant Michael Anthony Andrade, by and through his counsel, Mark A. Broughton, and defendant Javier Solis, by and through his attorney Richard Beshwate, make the following joint request to amend the pretrial order:

On June 26, 2014, the Court entered its Pretrial Order, which set a trial confirmation, jury instruction hearing, and motion in limine hearing for November 10, 2014 and a jury trial to commence on February 3, 2015. On October 3, 2014, the Court approved the parties' first joint request to amend the pretrial order, and continued the trial confirmation and motions in limine hearing from November 10, 2014 to January 5, 2015.

Defendants are preparing to file a dispositive motion in this matter, including motions to

suppress. The parties agree that the resolution of those dispositive motions would affect the motions in limine all parties seek to file. As a result, the parties make this joint request for the court to hold a hearing on dispositive motions on January 5, 2015 and to hold a trial confirmation, motions in limine, and jury instruction hearing on January 27, 2015. The February 3, 2015 trial date would remain unchanged.

For these reasons, the parties jointly request the following amendments to the pretrial order:

**Dispositive Motions**

| | |
|---|---|
| Filing: | November 7, 2014 |
| Opposition: | December 1, 2014 |
| Replies: | December 8, 2014 |
| Hearing Date: | January 5, 2015 |
| Hearing Time: | 10:00 a.m. |
| Courtroom: | 2 (AWI) |

**Motions in Limine**

| | |
|---|---|
| Filing: | January 12, 2015 |
| Opposition: | January 19, 2015 |

**Jury Instructions**

| | |
|---|---|
| Filing: | January 19, 2015 |

**Motions in Limine/Jury Instruction/Trial Confirmation Hearing**

| | |
|---|---|
| Date: | January 26, 2015 |
| Time: | 10:00 a.m. |
| Courtroom: | 2 (AWI) |

Dated:  November 5, 2014                                    BENJAMIN B. WAGNER
                                                                                  United States Attorney


                                                                                   /s/ MICHAEL FRYE
                                                                                  MICHAEL FRYE
                                                                                  Assistant United States Attorney

TELEPHONIC APPEARANCE

2

| | |
|---|---|
| Dated:  November 5, 2014 | /s/ Mark Broughton |
| | MARK A. BROUGHTON |
| | Counsel for Defendant |
| | MICHAEL ANTHONY ANDRADE |
| | |
| | /s/ Richard Beshwate |
| Dated:  November 5, 2014 | |
| | RICHARD BESHWATE |
| | Counsel for Defendant |
| | JAVIER SOLIS |

///

///

///

///

///

///

JOINT REQUEST AND ORDER TO SET A TELEPHONIC APPEARANCE

3

## ORDER

For the reasons set forth above, and for good cause shown, this Court AMENDS the pretrial order and SETS the following dates:

**Dispositive Motions**

| | |
|---|---|
| Filing: | November 7, 2014 |
| Opposition: | December 1, 2014 |
| Replies: | December 8, 2014 |
| Hearing Date: | January 5, 2015 |
| Hearing Time: | 10:00 a.m. |
| Courtroom: | 2 (AWI) |

**Motions in Limine**

| | |
|---|---|
| Filing: | January 12, 2015 |
| Opposition: | January 19, 2015 |

**Jury Instructions**

| | |
|---|---|
| Filing: | January 19, 2015 |

**Motions in Limine/Jury Instruction/Trial Confirmation Hearing**

| | |
|---|---|
| Date: | January 26, 2015 |
| Time: | 10:00 a.m. |
| Courtroom: | 2 (AWI) |

There shall be no change to trial date, and the jury trial shall commence on February 3, 2015.

IT IS SO ORDERED.

Dated:   November 5, 2014

SENIOR  DISTRICT  JUDGE

JOINT REQUEST AND ORDER TO SET A
TELEPHONIC APPEARANCE

4