BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
MIA GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4042
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>            v.<br><br>MICHAEL ANDRADE, and<br>JAVIER SOLIS<br><br>                              Defendants. | CASE NO. 1:13CR00430-AWI-BAM<br><br>STIPULATION BETWEEN THE UNITED STATES AND DEFENDANTS REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER<br><br>COURT: Hon. Anthony W. Ishii |

WHEREAS, the discovery already produced and discovery that will be produced contains private personal information regarding third parties (both adults and children), including but not limited to names, dates of birth, criminal histories, physical descriptions, telephone numbers and/or residential addresses, and photographs ("Protected Information"). As to the photographs, some depict unknown persons in various state of undress and in sexually explicit poses. While most of these photos appear to depict adult females, it is possible that some may depict juveniles; and

WHEREAS, due to the private nature of the contents of the Protected Information, the Government is unwilling to produce said Protected Information in its current form in the absence of a protective order preventing its unauthorized disclosure or dissemination. The parties also desire to avoid large-scale redactions of the Protected Information;

The parties agree that entry of a stipulated protective order is an appropriate method of allowing the defense to view Protected Information while controlling its unauthorized disclosure or dissemination.

THEREFORE, defendants MICHAEL ANTHONY ANDRADE and JAVIER SOLIS, by and through their counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Michael S. Frye, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to the Defense Counsel following the issuance of the order in this matter.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorneys, defense investigators, or support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy or personally possess Protected Information contained in the discovery.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

STIPULATION AND ORDER 2

| | |
|---|---|
| DATED: December 11, 2014 | By: /s/ Mark Broughton<br>Mark Broughton<br>Attorney for Defendant<br>MICHAEL ANDRADE |
| DATED: December 11, 2014 | By: /s/ Richard A. Beshwate Jr.<br>Richard A. Beshwate Jr.<br>Attorney for Defendant<br>JAVIER SOLIS |
| DATED: December 11, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Michael S. Frye<br>Michael S. Frye<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:   December 12, 2014                    _____
                                                SENIOR  DISTRICT  JUDGE