BENJAMIN B. WAGNER
United States Attorney
MICHAEL FRYE
MIA GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>          v.<br><br>MICHAEL ANTHONY ANDRADE AND JAVIER SOLIS,<br><br>                        Defendants. | CASE NO. 1:13-CR-00430-AWI-BAM<br><br>STIPULATION AND ORDER TO SET BRIEFING SCHEDULE<br><br>Date:         April 27, 2015<br>Time:         10:00 a.m.<br>Courtroom:  2 (AWI) |

## JOINT REQUEST

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Michael Frye and Mia A. Giacomazzi, defendant Michael Anthony Andrade, by and through his counsel, Mark A. Broughton, and defendant Javier Solis, by and through his attorney Richard Beshwate, make the following joint request to set a briefing schedule:

At the January 26, 2015, trial confirmation hearing, the Court directed the parties to meet and confer and agree upon a briefing schedule in the event further motions would be filed. On February 6, 2015, defendant Solis filed a Motion in Limine to Suppress Evidence (Document 50) and set a hearing of April 27, 2015. The motion was joined by Defendant Andrade (Document 51).

///

///

STIPULATION AND ORDER TO SET
BRIEFING SCHEDULE

1

The parties, having met and conferred on the subject of a briefing schedule, agree that the government's opposition shall be due **April 6, 2015**, and the parties' reply briefs, if any, shall be due **April 20, 2015.**

    .

Dated:  February 9, 2015                      BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ MIA GIACOMAZZI
                                              MIA GIACOMAZZI
                                              Assistant United States Attorney


Dated:  February 9, 2015                      /s/ Mark Broughton
                                              MARK A. BROUGHTON
                                              Counsel for Defendant
                                              MICHAEL ANTHONY
                                              ANDRADE


Dated:  February 9, 2015                      /s/ Richard Beshwate
                                              RICHARD BESHWATE
                                              Counsel for Defendant
                                              JAVIER SOLIS

## **ORDER**

For the reasons set forth above, this Court orders that government's opposition to Defendant Solis' Motion in Limine to Suppress Evidence shall be filed by **April 6, 2015**, and any reply by Defendant Solis or Andrade shall be filed **April 20, 2015.**

IT IS SO ORDERED.

Dated:   February 11, 2015                    _____
                                              SENIOR  DISTRICT  JUDGE

STIPULATION AND ORDER TO SET                  2
BRIEFING SCHEDULE