BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MICHAEL ANDRADE and JAVIER SOLIS,<br><br>                    Defendants. | Case No: 1:13-cr-00430 AWI BAM<br><br>**ORDER AUTHORIZING THE FRESNO COUNTY JUVENILE JUSTICE CAMPUS TO HOUSE MINOR WITNESS "MCKENZIE" THROUGHOUT TRIAL**<br><br>Trial Date:   May 12, 2015<br>Time:          8:30 a.m.<br>Court:          2 |

**ORDER**

Upon application of the United States for an order authorizing the Fresno County Juvenile Justice Campus to house "McKenzie," a minor, at its facility throughout trial, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Fresno County Juvenile Justice Campus is authorized to take custody of "McKenzie" upon her presentation on May 7, 2015, and to house her at its facility throughout the duration of trial (May 12, 2015 through May 22, 2015), or through the conclusion of her

testimony. Special Agents Chris Goodman, India Jones or Nick Pottratz are authorized to bring "McKenzie" to the facility prior to trial for admission, as well as take custody of her and return her to the Riverside County Southwest Juvenile Hall in Murrieta, California after the conclusion of her testimony or trial. Either Special Agents Goodman, Jones, or Pottratz, is authorized to take "McKenzie" from the facility to court, and return her to the facility from court, during trial. Trial is currently scheduled to commence on May 12, 2015 and end no later than May 22, 2015.

IT IS SO ORDERED.

Dated: **April 28, 2015**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE