BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
MIA GIACOMAZZI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED
MAY 04 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL ANDRADE, and JAVIER SOLIS, Defendants | CASE NO.   1:13-cr-00430-AWI-BAM ORDER DETAINING MATERIAL WITNESS 18 U.S.C § 3144 |

Upon application of the United States of America pursuant to 18 U.S.C. § 3144 for a warrant and order for the arrest and detention of the confidential victim who is a material witness in this matter.

I hereby find that the affidavit of Nicholas Pottratz provides probable cause demonstrating that the confidential victim Cassandra in this case is a material witness whose presence at trial cannot practicably be secured through a subpoena;

Therefore, **IT IS ORDERED** pursuant to 18 U.S.C. § 3144 that the confidential victim Cassandra shall be detained at Fresno County Jail and delivered to United States District Court, Courtroom #2, located 2500 Tulare Street, Fresno California, as soon as reasonably practical for further proceedings.

///

///

IT IS SO ORDERED.

Dated: May 4, 2015

SENIOR DISTRICT JUDGE