IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:13-cr-00430-AWI-BAM |
| Plaintiff, | ) ORDER OF RELEASE OF ) WITNESS CASSANDRA |
| vs. | ) |
| MICHAEL ANTHONY ANDRADE, et al, | ) |
| Defendants. | ) |

On May 7, 2015, witness Cassandra appeared with appointed counsel, Janet Bateman.  She appeared upon service by the U.S. Marshal pursuant to this Court's Body Attachment issued May 4, 2015.  The Jury Trial in this case has been vacated as the defendants have changed their pleas, and the witness's appearance is no longer required. The Government's oral motion to quash the warrant and release the witness forthwith is granted.

IT IS HEREBY ORDERED that the witness Cassandra shall be released FORTHWITH.

IT IS SO ORDERED.

Dated:   May 7, 2015                                          _____
                                                              SENIOR  DISTRICT JUDGE

Order of Release - 1