Law Office of Michael J. Aed
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 825-4600
Facsimile: (559) 272-8411

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Michael Andrade<br><br>Defendant. | No. 1:13-CR-00430-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL J. AED AS ATTORNEY OF RECORD AND ORDER** |

On May 20, 2025, Defendant Michael Adrade was indicted on federal charges. CJA Panel Attorney Michael J. Aed was appointed as trial counsel to represent Mr. Andrade on May 27, 2025 in his criminal case. Mr. Andrade was sentenced on September 8, 2025. The time for filing a direct appeal was September 29, 2025. No direct appeal was filed. Mr. Andrade was in custody at sentencing. He was given 6 months followed by 52 months of supervision. Having completed representation of Mr. Andrade, CJA attorney Michael J. Aed now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Andrade require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: September 30, 2025                Respectfully submitted,

                            /s/ Michael J. Aed
                            Michael J. Aed
                            Defendant, Louie Molina

## ORDER

Having reviewed the notice and found that attorney Michael J. Aed has completed the services for which he was appointed, the Court hereby grants attorney Michael J. Aed's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Michael Andrade at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Taft Correctional Institution
1500 Cadet Road
Taft, CA 93268


IT IS SO ORDERED.

Dated:  **October 1, 2025**                                  /s/ Jennifer L. Thurston
                                                                                              UNITED STATES DISTRICT JUDGE